1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BARON DAVIS,

11            Petitioner,                    No. CIV S-05-0412 LKK DAD P

12       vs.

13   BOARD OF PRISON TERMS, et al.,

14            Respondents.              FINDINGS & RECOMMENDATIONS

15   _____/

16            By an order filed March 7, 2005, petitioner was ordered to submit, within thirty

17   days, an affidavit in support of his request to proceed in forma pauperis or pay the appropriate

18   filing fee.  Petitioner was cautioned that failure to do so would result in a recommendation that

19   this action be dismissed.  On March 31, 2005, the order was re-served on petitioner at his last

20   known address.  The time period has now expired, and petitioner has not responded to the court's

21   order and has not filed an affidavit in support of his request to proceed in forma pauperis or paid

22   the appropriate filing fee.  Accordingly, IT IS HEREBY RECOMMENDED that this action be

23   dismissed without prejudice.

24            These findings and recommendations are submitted to the United States District

25   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

26   days after being served with these findings and recommendations, petitioner may file written

1

1  objections with the court.  The document should be captioned "Objections to Magistrate Judge's

2  Findings and Recommendations."  Petitioner is advised that failure to file objections within the

3  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

4  F.2d 1153 (9th Cir. 1991).

5  DATED: May 13, 2005.

6

7  DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

8

9  DAD:lg
   davi0412.fff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26