IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARON DAVIS,

    Petitioner,               No. CIV S-05-0412 LKK DAD P

    vs.

BOARD OF PRISON TERMS, et al.,

    Respondents.          <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 13, 2005, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. On June 30, 2005, the findings and recommendations were re-served on petitioner at his last known address. The time period has now expired and petitioner has not filed objections to the findings and recommendations.

/////

/////

1

1 | The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed May 13, 2005, are adopted in full; and

    2. This action is dismissed without prejudice.

DATED: August 31, 2005.

                                      /s/Lawrence K. Karlton
                                      UNITED STATES DISTRICT JUDGE

/davi0412.800